IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., <br> Debtor | § § § § | CASE NO. 08-36737-H4-11 <br> (Chapter 11) |
| SkyPort Global Communications, Inc., Balaton Group, Inc., and Robert Kubbernus, <br> Plaintiffs | § § § § | |
| Vs. | § § | ADVERSARY NO. 10-03225 |
| Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners, Ltd., ECAL Partners, Ltd, Whiz Kid Ventures, LLC, Bella Krieger, Martin Pollak, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Yecheskel Kahan, John A. Rees, Brian W. Harle, MD, Michael Stein, Lawrence Solomon, Tracy Elstein & David Togut, Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Dui, Ben Ariano, 3790168 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Rig III Fund, Ltd., Aran Asset Management SA, Semper Gestion SA, and Eosphoros Asset Management, Inc., <br> Defendants | § § § § § § § § § § § § § § § § § § § § § | |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL., <br> PLAINTIFFS | § § § § | |
| VS. | § § | ADVERSARY NO. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), CLARENCE MARSHALL, ET AL, <br> DEFENDANTS | § § § | |

**AMENDED**
**CERTIFICATE OF SERVICE**

671858-1

I hereby certify that a true and correct copy of the *Plaintiffs' Rule 42 Motion to Consolidate Adversary Proceedings* [Docket #2] and *Request for Expedited Consideration* [Docket #3] was served on May 20, 2010 by first class mail to the parties listed below, and on May 21, 2010 by first class mail to Steve Smith, McFall Breietbeil Shults PC, 1250 Four Houston Center, 1331 Lamar, Houston, Texas 77010.

DATED: May 21, 2010.

*Defendants' Counsel:*
Eric Fryar
The Fryar Law Firm
1001 Texas Ave, Ste 1400
Houston, TX 77002-3194

Samuel Goldman
Samuel Goldman & Assoc.
100 Park Ave 20th FL
New York, NY 10017

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave 20th FL
New York, NY 10017

Wilson Vukelich, LLP
Valleywood Corp. Centre
60 Columbia Way, Suite 710
Markham, Ontario L3R 0C9
Canada

Stephen Smith
2015 Crocker
Houston, Texas 77006


*Wilson Vukelich, LLP:*
David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th FL
Houston, TX 77002
*(Subject to special appearance)*

671858-1

Hugh M. Ray, III
McKool Smith PC
600 Travis, Suite 7000
Houston, TX 77002
*Counsel for Defendants (except Wilson Vukelich, LLP) in Adversary No. 10-3150,
CenturyTel, Inc. (a/k/a CenturyLink), Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski,
Harvey P. Perry, Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, Bankton
Financial Corporation, LLC, ClearSky Management, Inc., and ClearSky Investments, LP*

       Respectfully submitted,

       HOOVER SLOVACEK LLP

        */s/ Edward L. Rothberg*
  By:_____
       EDWARD L. ROTHBERG
       State Bar No. 17313990
       MELISSA A. HASELDEN
       State Bar No. 00794778
       ANNIE E. CATMULL
       State Bar No. 00794932
       5847 San Felipe, Suite 2200
       Houston, Texas 77057
       Telephone: 713.977.8686
       Facsimile:  713.977.5395

       *Attorneys for Plaintiffs*