

ENTERED
05/25/2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| SKYPORT GLOBAL § | CASE NO. 08-36737-H4-11 | |
| COMMUNICATIONS, INC., § | (Chapter 11) | |
| Debtor § | | |
| SkyPort Global Communications, Inc., Balaton Group, Inc., and Robert Kubbernus, Plaintiffs § § § § | | |
| Vs. § § | ADVERSARY NO. 10-03225 | |
| Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners, Ltd., ECAL Partners, Ltd, Whiz Kid Ventures, LLC, Bella Krieger, Martin Pollak, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Yecheskel Kahan, John A. Rees, Brian W. Harle, MD, Michael Stein, Lawrence Solomon, Tracy Elstein & David Togut, Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Dui, Ben Ariano, 3790168 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Rig III Fund, Ltd., Aran Asset Management SA, Semper Gestion SA, and Eosphoros Asset Management, Inc., Defendants § § § § § § § § § § § § § § § § § § § | | |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL., PLAINTIFFS § § § § | | |
| VS. § § | ADVERSARY NO. 10-03150 | |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), CLARENCE MARSHALL, ET AL, DEFENDANTS § § § | | |

## ~~PROPOSED~~ ORDER GRANTING EXPEDITED CONSIDERATION

672557-1                                P a g e | 1

ON THIS DATE the Court considered the request for expedited hearing filed by Plaintiffs SkyPort Global Communications, Inc., Robert Kubbernus, and Balaton Group, Inc. ("Plaintiffs") in conjunction with their Motion to Consolidate Adversary Proceedings, pursuant to Rule 42 of the Federal Rules of Civil Procedure as incorporated by Bankruptcy Rule 7042, for an order consolidating Adversary No. 10-03150 with the case at bar (the "Motion"). The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Motion. Accordingly,

IT IS THEREFORE ORDERED that the request for expedited hearing is GRANTED and that a preliminary hearing on Plaintiffs' Original Complaint and Application for Preliminary Injunction and Permanent Injunction and Motion to Consolidate Adversary Proceedings shall be held on May 27, 2010, at 9:00 a.m., in Courtroom 600 of the United States Bankruptcy Court, 515 Rusk, 6th Floor, Houston, Texas.

IT IS FURTHER ORDERED that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

SIGNED: _May 24_, 2010.

*[signature]*

HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE