# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | CASE NO. 08-36737-H4-11 (Chapter 11) |
| Debtor | § | |
| SkyPort Global Communications, Inc., Balaton Group, Inc., and Robert Kubbernus, Plaintiffs | § § § § | |
| Vs. | § § | ADVERSARY NO. 10-03225 |
| Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners, Ltd., ECAL Partners, Ltd, Whiz Kid Ventures, LLC, Bella Krieger, Martin Pollak, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Yecheskel Kahan, John A. Rees, Brian W. Harle, MD, Michael Stein, Lawrence Solomon, Tracy Elstein & David Togut, Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Dui, Ben Ariano, 3790168 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Rig III Fund, Ltd., Aran Asset Management SA, Semper Gestion SA, and Eosphoros Asset Management, Inc., Defendants | § § § § § § § § § § § § § § § § § § § § § | |
| **JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL., PLAINTIFFS** | § § § § | |
| VS. | § § | **ADVERSARY NO. 10-03150** |
| **CENTURYTEL, INC. (A/K/A CENTURYLINK), CLARENCE MARSHALL, ET AL, DEFENDANTS** | § § § | |

## EXHIBIT AND WITNESS LIST OF SKYPORT GLOBAL COMMUNICATIONS, INC., ROBERT KUBBERNUS AND BALATON GROUP, INC.

Skyport Global Communications, Inc., Robert Kubbernus and Balaton Group, Inc. (collectively "Skyport"), adopt all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving its right to object to any of those exhibits.

Also, Skyport designates the following exhibits and witnesses:

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | List of Equity Security Holders | | | | |
| 2. | Mailing Matrix | | | | |
| 3. | Certificate of Service of Order and Notice for Hearing On Disclosure Statement | | | | |
| 4. | First Amended Disclosure Statement | | | | |
| 5. | Certificate of Service of Debtor's Chapter 11 Plan of Reorganization | | | | |
| 6. | Emergency Motion to Approve Modifications to Debtor's Chapter 11 Plan of Reorganization | | | | |
| 7. | Order Confirming Plan | | | | |
| 8. | Docket in Case No. 08-36737 | | | | |
| 9. | Docket in Adv. No. 10-3150 | | | | |
| 10. | Complaint in Adv. No. 10-3150 | | | | |

## WITNESS LIST

1. Robert Kubbernus
2. Kathy Mayle
3. Mike Rambo
4. Dawn Cole
5. Roger Klotz
6. Any witness listed by any other party
7. Any witnesses used for rebuttal

DATED: May 26, 2010

    Respectfully submitted,

    HOOVER SLOVACEK LLP

    By: */s/ Edward L. Rothberg*
        EDWARD L. ROTHBERG
        State Bar No. 17313990
        MELISSA A. HASELDEN
        State Bar No. 00794778
        5847 San Felipe, Suite 2200
        Houston, Texas 77057
        Telephone: 713-977-8686
        Facsimile: 713-977-5395

    ATTORNEYS FOR SKYPORT