## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>SKYPORT GLOBAL<br>COMMUNICATIONS, INC.,<br>    Debtor | § § § § § § § | CASE NO. 08-36737-H4-11<br>(Chapter 11) |
| SKYPORT GLOBAL COMMUNICATIONS, INC., BALATON GROUP, INC., AND ROBERT KUBBERNUS<br>    Plaintiffs<br><br>vs.<br><br>JOANNE SCHERMERHORN, JOHN K. WAYMIRE, CHET GUTOWSKY, JOHN LLEWELLYN, JOSEPH A. LOPEZ, ROBERT FOOTE, BLF PARTNERS, LTD., ECAL PARTNERS, LTD., WHIZKID VENTURE, LLC, BELLA KRIEGER, MARTIN POLLAK, GLOSTER HOLDINGS, LLC, MELVYN REISER, BARRY KLEIN, CHESKEL KAHAN, JOHN A. REES, BRIAN W. HARLE, MICHAEL STEIN, LAWRENCE SOLOMON, TRACY ELSTEIN & DAVID TOGUT, JASON CHARLES TOGUT TRUST, BMT GRANTOR TRUST, LYNN JOYCE ELSTEIN TRUST, CHARLES STACK, JOSEPH BAKER, MOVADA, LTD., PUDDY, LTD., DRACO CAPITAL, INC., EDWARD PASCAL, ROBERT MENDEL, STANLEY BERAZNIK, DON DUI, BEN ARIANO, 3791068 CANADA, INC., PETER TAYLOR, JOHN E. PANNETON, WAYNE C. FOX, DAVID CURRIE, BYRON MESSIER, DARSHAN KHURANA, MATEO NOVELLI, DIYA AL-SARRAJ, SEQUOIA AGGREESSIVE GROWTH FUND, LTD., SEQUOIA DIVERSIFIED GROWTH FUND, LTD., RIG III FUND, LTD., ARAN ASSET MANAGEMENT SA, SEMPER GESTION SA, and EOSPHOROS ASSET MANAGEMENT, INC.<br>    Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § | ADVERSARY NO. 10-03225 |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL.,<br>    Plaintiffs<br><br>vs.<br><br>CENTURYTEL, INC. (a/k/a CENTURYLINK), CLARENCE MARSHALL, ET AL.,<br>    Defendants | § § § § § § § § § | ADVERSARY NO. 10-3150<br><br>JURY TRIAL DEMANDED |

## WITNESS LIST OF SCHERMERHORN, ET AL.

1. Robert Mendel

2. Brogan Taylor

Dated:  May 26, 2010.

        Respectfully submitted,

        MCFALL, BREITBEIL & SHULTS, P.C.

By: */s/ W. Steve Smith*
    W. STEVE SMITH
    State Bar No. 18700000
    1331 Lamar Street, Suite 1250
    Houston, Texas 77010
    (713) 590-9300
    (713) 590-9399 (fax)

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Fl.
    New York, NY 10017
    (212) 725-1400
    (212) 725-0805 (fax)

THE FRYAR LAW FIRM

By: */s/ Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    (281) 715-6396
    (281) 715-6397 (fax)

        HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
   HAROLD B. OBSTFELD
   100 Park Ave., 20th Floor
   New York, NY 10017
   (212) 696-1212
   (212) 867-7360 (fax)

   ATTORNEY FOR PLAINTIFFS