# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>SKYPORT GLOBAL<br>COMMUNICATIONS, INC.,<br>    Debtor | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 08-36737-H4-11<br>(Chapter 11) |
| SKYPORT GLOBAL COMMUNICATIONS, INC., BALATON GROUP, INC., AND ROBERT KUBBERNUS<br>    Plaintiffs<br><br>vs.<br><br>JOANNE SCHERMERHORN, JOHN K. WAYMIRE, CHET GUTOWSKY, JOHN LLEWELLYN, JOSEPH A. LOPEZ, ROBERT FOOTE, BLF PARTNERS, LTD., ECAL PARTNERS, LTD., WHIZKID VENTURE, LLC, BELLA KRIEGER, MARTIN POLLAK, GLOSTER HOLDINGS, LLC, MELVYN REISER, BARRY KLEIN, CHESKEL KAHAN, JOHN A. REES, BRIAN W. HARLE, MICHAEL STEIN, LAWRENCE SOLOMON, TRACY ELSTEIN & DAVID TOGUT, JASON CHARLES TOGUT TRUST, BMT GRANTOR TRUST, LYNN JOYCE ELSTEIN TRUST, CHARLES STACK, JOSEPH BAKER, MOVADA, LTD., PUDDY, LTD., DRACO CAPITAL, INC., EDWARD PASCAL, ROBERT MENDEL, STANLEY BERAZNIK, DON DUI, BEN ARIANO, 3791068 CANADA, INC., PETER TAYLOR, JOHN E. PANNETON, WAYNE C. FOX, DAVID CURRIE, BYRON MESSIER, DARSHAN KHURANA, MATEO NOVELLI, DIYA AL-SARRAJ, SEQUOIA AGGREESSIVE GROWTH FUND, LTD., SEQUOIA DIVERSIFIED GROWTH FUND, LTD., RIG III FUND, LTD., ARAN ASSET MANAGEMENT SA, SEMPER GESTION SA, and EOSPHOROS ASSET MANAGEMENT, INC.<br>    Defendants | §§§§§§§§§§§§§§§§§§§§§§§§§ | ADVERSARY NO. 10-03225 |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL.,<br>    Plaintiffs<br><br>vs.<br><br>CENTURYTEL, INC. (a/k/a CENTURYLINK), CLARENCE MARSHALL, ET AL.,<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO. 10-3150<br><br>JURY TRIAL DEMANDED |

## EXHIBIT LIST OF SCHERMERHORN, ET AL.

| No. | Description | Admitted | Not Admitted | Date |
|---|---|---|---|---|
| 1. | Letter to Hugh Ray dated April 26, 2010 | | | |
| 2. | Petition | | | |
| 3. | SkyComm Technologies Corp. dated December 31, 2007/Audit Report | | | |
| 4. | ClearSky Non-Consolidated Financial Statements dated December 31, 2006 | | | |
| 5. | Debenture Purchase Agreement between CenturyTel and Watershed Funds | | | |
| 6. | Amended and Restated Debenture Purchase Agreement between CenturyTel, Balaton Group and Skycomm Technologies | | | |
| 7. | Letter from Kubbernus to Marshall re Private Placement into SkyComm Technologies Corporation | | | |
| 8. | Email from Marks to Bomsey re Skyport dated May 25, 2006 | | | |
| 9. | Email from Klotz to Fielder re New FCC Case – Skyport dated May 10, 2006 | | | |
| 10. | Email from Mendel to Craig re Units in the LP dated December 2, 2006 | | | |
| 11. | ClearSky Investment Memo dated February 2006 | | | |
| 12. | ClearSky Partnership Agreement | | | |

Dated:  May 26, 2010.

Respectfully submitted,

MCFALL, BREITBEIL & SHULTS, P.C.

By:   */s/ W. Steve Smith*
W. STEVE SMITH
State Bar No. 18700000
1331 Lamar Street, Suite 1250
Houston, Texas 77010
(713) 590-9300
(713) 590-9399 (fax)

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
SAMUEL GOLDMAN
100 Park Ave., 20th Fl.
New York, NY 10017
(212) 725-1400
(212) 725-0805 (fax)


THE FRYAR LAW FIRM

By: */s/ Eric Fryar*
F. ERIC FRYAR
State Bar No. 07495770
1001 Texas Ave., Suite 1400
Houston, Texas 77002
(281) 715-6396
(281) 715-6397 (fax)


HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
HAROLD B. OBSTFELD
100 Park Ave., 20th Floor
New York, NY 10017
(212) 696-1212
(212) 867-7360 (fax)

ATTORNEY FOR PLAINTIFFS