

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
06/09/2010

| | | |
|---|---|---|
| IN RE: | § § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., Debtor | § § § § | CASE NO. 08-36737-H4-11 (Chapter 11) |
| SkyPort Global Communications, Inc., Balaton Group, Inc., and Robert Kubbernus, Plaintiffs | § § § § | |
| Vs. | § § | ADVERSARY NO. 10-03225 |
| Joanne Schermerhorn, et. al. | § | |
| JOANNE SCHERMERHORN, JOHN K. WAYMIRE, ET AL., PLAINTIFFS | § § § § | |
| VS. | § § | ADVERSARY NO. 10-03150 |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), CLARENCE MARSHALL, ET AL, DEFENDANTS | § § § § | |

## UNOPPOSED ORDER GRANTING MOTION TO CONSOLIDATE
## ADV. NO. 10-3225 WITH ADV. NO. 10-3150

SkyPort Global Communications, Inc., Robert Kubbernus, and Balaton Group, Inc., Plaintiffs in Adv. No. 10-03225, have moved this Court pursuant to Rule 42 of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7042, for an order consolidating Adv. No. 10-03225 with Adv. No. 10-03150.  On May 27, 2010, the Court held a hearing on this Motion where all parties appeared and announced that the Motion was unopposed.  Therefore, the Court is of the opinion that the Motion should be granted.  Accordingly, it is

ORDERED that Adv. No. 10-03150 be and is hereby consolidated with Adv. No. 10-03225; it is further

#672498                                               1

ORDERED that Skyport Global Communications, Inc., Plaintiff in Adv. No. 10-3225, shall be added as a defendant in Adv. No. 10-3150; it is further

ORDERED that all pleadings shall be filed in Adv. No. 10-03150.

DATED: June 8, 2010

HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM

HOOVER SLOVACEK, LLP

By: /s/ Edward L. Rothberg
Edward L. Rothberg
State Bar No. 17313990
5847 San Felipe, Ste 2200
Houston, Texas 77057
(713) 977-8686
(713) 977-5395 (fax)

ATTORNEY FOR SKYPORT
GLOBAL COMMUNICATIONS, ET. AL.

MCFALL, BREITBEIL & SHULTS, P.C.

By: /s/ W. Steve Smith
W. STEVE SMITH
State Bar No. 18700000
1331 Lamar Street, Suite 1250
Houston, Texas 77010
(713) 590-9300
(713) 590-9399 (fax)

AND

#672498                                2

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SAMUEL GOLDMAN
100 Park Ave., 20th Fl.
New York, NY 10017
(212) 725-1400
(212) 725-0805 (fax)

AND

THE FRYAR LAW FIRM

By: */s/ F. Eric Fryar*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
F. ERIC FRYAR
State Bar No. 07495770
1001 Texas Ave., Suite 1400
Houston, Texas 77002
(281) 715-6396
(281) 715-6397 (fax

ATTORNEYS FOR JOANNE SCHERMERHORN, ET. AL.

**MCKOOL SMITH, P.C.**

By: */s/ Hugh M. Ray, III*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
HUGH M. RAY, III
State Bar No. 24004246
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
ROBERT M. MANLEY
State Bar No. 00787955
300 Crescent Court, Ste. 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

ATTORNEYS FOR CENTURY TEL, ET. AL. DEFENDANTS